IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| M.K., *a minor by and through his father and Next Friend, Greg Koepp* § § § § | | PLAINTIFF |
| v. § § | Civil No. 1:22-cv-25-HSO-BWR | |
| PEARL RIVER COUNTY SCHOOL DISTRICT; P.B., *a minor by and through his parents;* P.A., *a minor by and through his parents;* I.L., *a minor by and through his parents;* L.M., *a minor by and through his parents; and* W.L., *a minor by and through his parents;* ALAN LUMPKIN; CHRIS PENTON; AUSTIN ALEXANDER; STEPHANIE MORRIS; TRACEY CRENSHAW; BLAKE RUTHERDORD; JOHN DOES 1-10 § § § § § § § § § § § § § § § § | | DEFENDANTS |

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Court's Order Granting Defendants' Motion [39] for Summary Judgment entered herewith, and in accordance with the Court's previous Order [25] Granting in Part and Denying in Part Defendants' Motion [4] to Dismiss—which dismissed Plaintiff M.K.'s claims under the Due Process Clause of the Fourteenth Amendment and the First Amendment—and the Order [19] Dismissing Plaintiff's Claims Against the Minor Defendants P.B., P.A., I.L., L.M., and W.L. Without Prejudice, the Court hereby enters this Final Judgment in accordance with Federal Rule of Civil Procedure 54.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above-captioned civil action is dismissed **WITH PREJUDICE** as to Defendants Pearl

River County School District, Alan Lumpkin, Chris Penton, Austin Alexander, Stephanie Morris, Tracey Crenshaw, and Blake Rutherford; and **WITHOUT PREJUDICE** as to Minor Defendants P.B., P.A., I.L., L.M., and W.L.

**SO ORDERED** this the 21st day of December, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE